KNICKERBOCKER TRUST COMPANY, Respondent, *v.* BLANCH ALTMAYER et al., as Executors of AARON R. ALTMAYER, Deceased, Appellants.

*Knickerbocker Trust Co.* v. *Altmayer*, 133 App. Div. 892, affirmed.
(Argued November 23, 1910; decided December 13, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 24, 1909, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court in an action upon a contract of guaranty.

*B. F. Einstein* for appellants.

*Julien T. Davies* and *Julien T. Davies, Jr.*, for respondent.

Judgment affirmed, with costs ; no opinion.

Concur : CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and COLLIN, JJ.

---

HENRY A. CLARK, Respondent, *v.* J. FRED PIERSON, JR., Appellant.

*Clark* v. *Pierson*, 132 App. Div. 929, affirmed.
(Argued November 23, 1910; decided December 13, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 1, 1909, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for an alleged conversion.

*Robert R. Reed* for appellant.

*Frank E. Blackwell* for respondent.

Judgment affirmed, with costs ; no opinion.

Concur : CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and COLLIN, JJ.